UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

NORMAN HOEWISCHER,

        Plaintiff,                  CASE NO.:  3:10-cv-659-J-99-MMH-JRK

vs.

LUBI'S, INC., d/b/a LUBI'S HOT
SUBS AND LULA A. WALLACE,

        Defendants.
_____

## **DEFENDANT LUBI'S, INC.'S ANSWER AND AFFIRMATIVE DEFENSES**

Defendants Lubi's Inc., d/b/a Lubi's Hot Subs answers Plaintiff's Complaint and raises affirmative defenses, showing as follows:

1. Denied.

2. Defendant lacks sufficient knowledge or information to admit or deny this allegation.

3. Defendant lacks sufficient knowledge or information to admit or deny this allegation.

4. Defendant lacks sufficient knowledge or information to admit or deny this allegation.

5. Denied.

6. Denied.

7. Defendant lacks sufficient knowledge or information to admit or deny this allegation.

  8. Defendant lacks sufficient knowledge or information to admit or deny this allegation.

  9. Defendant lacks sufficient knowledge or information to admit or deny this allegation.

  10. Defendant lacks sufficient knowledge or information to admit or deny this allegation.

  11. Denied as stated.

  12. Defendant lacks sufficient knowledge or information to admit or deny this allegation.

  13. Denied.

  14. Defendant lacks sufficient knowledge or information to admit or deny this allegation.

  15. Defendant lacks sufficient knowledge or information to admit or deny this allegation.

  16. Denied.

  17. Denied.

  18. Defendant lacks sufficient knowledge or information to admit or deny this allegation.

  19. Defendant lacks sufficient knowledge or information to admit or deny this allegation.

  20. Denied as stated.

  21. Denied.

22. Defendant lacks sufficient knowledge or information to admit or deny this allegation.

23. Denied.

## Affirmative Defenses

24. The ADA does not apply to Defendant.

25. Defendant does not own or operate the Facility.

26. Plaintiff's Complaint fails to state a claim for which relief can be granted.

27. The Statute of Limitations bars Plaintiff's claims.

WHEREFORE Defendant respectfully requests that this Court deny Plaintiff all relief.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that that I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing or U.S. Mail, postage prepaid, on this 24th day of August 2010 to: Todd W. Shulby, Esq., 4705 S.W. 148 Avenue, Suite 102, Davie, Florida 33330-2417.

    DEEM BRANHAM

    By: /s/ Jeb T. Branham
      Jeb T. Branham, Esq.
      Fla. Bar No. 0296030
      3500 Third Street South
      Jacksonville Beach, FL  32250
      Telephone:  (904) 241-4200
      Facsimile:   (904) 339-0501
      jebbranham@yahoo.com

    ATTORNEY FOR DEFENDANTS